| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor | **Acadima LLC** <br> Name | EIN | **47–5453661** |
| United States Bankruptcy Court **Northern District of Texas** <br> Case number: **17–34346–bjh7** | | Date case filed for chapter **7  11/20/17** | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Acadima LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7700 Windrose, Ste G300 <br> Plano, TX 75024 | |
| 4. | **Debtor's attorney** <br> Name and address | Donald E. Hood <br> Turley Law Center <br> 6440 North Central Expwy. Ste 605 <br> Dallas, TX 75206 | Contact phone: (214) 234–0529 <br> Email: don.hood@dehlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Scott M. Seidel <br> Seidel Law Firm <br> 6505 W. Park Blvd., Suite 306 <br> Plano, TX 75093 | Contact phone: (214) 234–2500 <br> Email: scott.seidel@earthlink.net |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Commerce Street <br> Room 1254 <br> Dallas, TX 75242 | Office Hours: Mon.–Fri. 8:30–4:30 <br> Contact Phone: 214–753–2000 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 19, 2017 at 10:40 AM** <br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Office of the U.S. Trustee, 1100 Commerce St., Rm 524, Dallas, TX 75242** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court
Northern District of Texas

In re:  
Acadima LLC  
      Debtor

Case No. 17-34346-bjh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: tspelmon     Page 1 of 1     Date Rcvd: Nov 21, 2017  
                         Form ID: 309C     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
```
db              +Acadima LLC,    7700 Windrose, Ste G300,    Plano, TX 75024-0112
17913770         Alexander Loukaides,    6F Jintai Business Building,    571# Qingtai Street Shangcheng District,
                   Hangzhou, China 310009
17913773         Graduation Solutions, LLC,    c/o Nathan Gentle,    Pullman & Comley, LLC,
                   850 Main Street, P.O. Box 7006,    Bridgeport, CT 06601-7006
17913774        +WeWork Company,    115 W. 18th Street, 4th Floor,    New York, NY 10011-4113
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: don.hood@dehlaw.com Nov 22 2017 00:06:22      Donald E. Hood,    Turley Law Center,
                   6440 North Central Expwy. Ste 605,    Dallas, TX  75206
tr              +EDI: BSSEIDEL.COM Nov 21 2017 22:53:00      Scott M. Seidel,    Seidel Law Firm,
                   6505 W. Park Blvd., Suite 306,    Plano, TX 75093-6212
17913771        +EDI: AMEREXPR.COM Nov 21 2017 22:53:00      American Express,    P.O. Box 297871,
                   Fort Lauderdale, FL 33329-7871
17913772        +EDI: CHASE.COM Nov 21 2017 22:53:00      Chase Bank,    P.O. Box 94014,    Palatine, IL 60094-4014
                                                                                              TOTAL: 4
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
```
              Donald E. Hood    on behalf of Debtor   Acadima LLC don.hood@dehlaw.com
              Scott M. Seidel    scott.seidel@earthlink.net,   susan.seidel@earthlink.net;TX58@ecfcbis.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                          TOTAL: 3
```